UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESIDENT LEZETTE MCCLAIN,

   Plaintiff,

v.                                                  Case No. 3:22cv806-MCR-HTC

THE STATE OF FLORIDA,
FLORIDIAN GOVERNMENT,
FLORIDA LOTTERY/DEPT OF REVENUE,

   Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 11, 2022. ECF No. 7.  The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There have been no timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

Case No. 3:22cv806-MCR-HTC

2.  This action is dismissed without prejudice as frivolous and for Plaintiff's failure to follow court orders.

3.  The clerk of court is directed to close the file.

**DONE AND ORDERED** this 6th day of May 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv806-MCR-HTC